## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK PENSION FUND,** *by its Administrator, Stephen J. O'Sick*; **BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY, NEW YORK HEALTH BENEFIT FUND,** *by its Administrator, Stephen J. O'Sick*; **BRICKLAYERS AND ALLIED CRAFTSMAN LOCAL 2 ANNUITY FUND,** *by its Administrator, Stephen J. O'Sick*; **BRICKLAYERS AND ALLIED CRAFTSWORKERS LOCAL 2, ALBANY, NEW YORK EDUCATION & TRAINING FUND,** *by its Trustees, Pasquale Tirino, Kevin Potter, Thomas Marinello, Todd Helfrich and Laura Regan*; **BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND,** *by David Stupar, Executive Director*; **BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 2, ALBANY NEW YORK, AFL-CIO,** *by Pasquale Tirino, President*; **EASTERN CONTRACTORS ASSOCIATION, INC.; CONSTRUCTION EMPLOYERS ASSOCIATION OF CNY, INC.,**

                              **Plaintiffs,**

    vs.                                                  1:20-CV-463 (MAD/CFH)

**MAINSTREAM SPECIALTIES INC.; PETER STEVENS,** *Individually and as an Officer of Mainstream Specialities Inc.*,

                              **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' motion for default judgment (Dkt. No. 13) against Defendants Mainstream Specialties and Stevens is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in the amount of $133,049.11 against Mainstream Specialties Inc., consisting of (1) $73,866.41 in unpaid contributions and deductions, (2) $32,500.76 in interest, and (3) $26,681.94 in liquidated damages; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in the amount of $68,777.44 against Peter Stevens, consisting of (1) $58,904.01 in unpaid contributions and deductions and (2) $9,873.43 in interest; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in the amount of $17,561.15 against Mainstream Specialties Inc. and Peter Stevens consisting of (1) $9,083.75 in attorneys' fees, (2) $667.40 in costs, and (3) $7,810.00 in audit fees; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Plaintiffs' favor and close this case, all in accordance with the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 18th day of November, 2020.

DATED: November 18, 2020

*[Signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk